Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| JAMIE STARR<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☒ No<br><br>FILED BY ___ D.C.<br>JUL 24 2020<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAMIE STARR
Street Address: 16 WILLOWBROOK LN #103
City and County: DELRAY BEACH, FL. 33446 WEST PALM – COUNTY
State and Zip Code:
Telephone Number: 561-299-6875
E-mail Address: JAMIESTARRDESIGN@GMAIL.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: DESIGN WITHIN REACH COMPANY
- Job or Title (if known):
- Street Address: c/o TALX / UCM SERVICES, INC
- City and County: P.O BOX 283
- State and Zip Code: ST LUIS MO 63166
- Telephone Number: 800-944-2233
- E-mail Address (if known):

Defendant No. 2
- Name: MICHAEL B. BLACK
- Job or Title (if known): MANAGER
- Street Address: 230 CLEMATIS ST.
- City and County: WEST PALM BEACH W.PALM
- State and Zip Code: FLORIDA 33401
- Telephone Number: 561-833-1799 & 305-724-3965
- E-mail Address (if known):

Defendant No. 3
- Name: FELICIA TUCKER
- Job or Title (if known): SALES ASSISTANT
- Street Address: 230 CLEMATIS ST.
- City and County: WEST PALM BEACH, W.PALM
- State and Zip Code: FLORIDA, 33401
- Telephone Number: 561-833-1799
- E-mail Address (if known):

Defendant No. 4
- Name: KARIMIA HAMMICH
- Job or Title (if known): FORMER COWORKER c/o ROCHE BOBOIS
- Street Address: 136 US-1 N
- City and County: PALM BEACH, PALM BEACH
- State and Zip Code: FLORIDA 33408
- Telephone Number: 561-818-6728
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | DESIGN WITHIN REACH |
| Street Address | 230 CLEMATIS ST. |
| City and County | WEST PALM BEACH, WPB |
| State and Zip Code | FLORIDA 33401 |
| Telephone Number | 800-944-2233 & 561-833-1795 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X] Other federal law *(specify the federal law)*:
UNLAWFUL TERMINATION

[X] Relevant state law *(specify, if known)*:
MANAGER & COWORKERS Perjured themselves

[ ] Relevant city or county law *(specify, if known)*:
IN RAAC, FIRST DISTRICT — see complaint

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment. UNLAWFUL TERMINATION
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 11/18, 11/13, 12/15, 12/16, 12/13, 12/14, 12/21, 1/6, 1/3

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race          CAUCASIAN
- [ ] color
- [x] gender/sex    FEMALE
- [x] religion      JEWISH
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See page 1-7 submitted to EEOC

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

_PAGES 1-7 DATE: MAR 30, 2020_

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

5/8/2020

B. The Equal Employment Opportunity Commission *(check one)*:

CHARGE # 510, 2020 03 224

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 7/13/2020

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

— ATTACHED TO COMPLAINT —

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

### V. Relief

LOST INCOME, HEALTH INSURANCE BENEFITS.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. SUFFERED PTSD, & DEPRESSION/ANXIETY AFTER, WAS NOT ABLE TO CARE FOR NEW PUPPY - HAD TO GIVE AWAY. LOSS OF SLEEP. LOSS OF INCOME. I WAS IN SHOCK FROM ABUSE THAT ESCALATED & THAT MANAGER LIED TO RAAC ETC. SUFFERED FROM HUMILIATION & SEEKING MAXIMUM DAMAGES.

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/20/2020

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: JAMIE STARR

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# CERTIFICATE OF SERVICE

The following parties have been served by **CERTIFIED MAIL**- United States Postal Service:7/21/2020

**UNITED STATES DISTICT COURT**
PAUL ROGERS FEDERAL BLDG &
U.S COURTHOUSE
701 CLEMATIS
WEST PALM BEACH, FL 33401
Clerks Office:561-803-3400

**JAMIE STARR**-Plaintiff
16 WILLOWBROOK LANE -103
DELRAY BEACH, FL 33446
561-299-6875

*[signature]*

JAMIE STARR v DESIGN WITHIN REACH        COMPLAINT & COS        7/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

**JAMIE STARR**
    Plaintiff

vs.

**DESIGN WITHIN REACH**
    Defendant

**COMPLAINT**

Comes Now ProSe Plantiff JAMIE STARR in full transparency, in *forma pauperis*, in a CHARGE OF **"INTENTIONAL" DISCIMINATION: RACE, SEX AND RELIGION. A NOTICE OF RIGHT TO SUE** is provided herewithin EEOC RE# 510-2020-03224. **Under Title VII of the Civil Rights Act of 1964** as amended, Jamie Starr Paintiff is suing her former Employer **DESIGN WITHIN REACH** 230 CLEMATIS ST. WEST PALM BEACH, FLORIDA 33401.

The COURT should be aware that there is a **FIRST DISTRICT COURT OF APPEAL CASE NO:1D20-1421 LT NO:20-00421** concurrently that has been going on since Jamie Starr was fired on 1/6/2020 and has had no income since. That is why the *in forma pauperis* Michael S. Black **"used the system"** to punish Plaintiff and he alledges Plaintiff quit. Plaintiff is requesting that **FIRST DISTRICT COURT** send that case to **THE ATTORNEY GENERAL** for pursing **CRIMINAL CHARGES OF PERJURYING HIMSELF UNDER OATHE** to RAAC, LYING TO DESIGN WITHIN REACH in this process and naming FELEICA TUCKER Sales Assitant and JOHN HAGGARD Regional Manager for **"COMPLICITY** and **COVERING UP"** the lie that caused **"INTENTIONAL HARM" and UNLAWFUL TERMINATION"**.

                                                                      Respectfully submitted,

                                                  Jamie Starr-Plaintiff & Filler
                                                  16 Willowbrook Lane #103
                                                  Delray beach, Fl. 33446
                                                  561-299-6875

*[signature: Jamie Starr]*

**JAMIE STARR vs DESIGN WITHIN REACH** DOE:11/18/19-1/6/20

Jamie Starr, 61 year old female, sales employee that was terminated by Michael S. Black-Manager, he does not adhere to the company strict firing policy then "lied" about it under oathe to Design Within Reach and Forida Reemploment Assistance that I am suffering damages by him lying, saying that" she quit", when I did not. Michael did not show "accountablity" as a manger to resolve"obvious issues" and by "treating me differently", he created the work havoc himself, a harassing work envorinment and firing me, by not following the protocol and covering up his action to *his own management* calamity at Design Within Reach. Intentionally. Michael S. Black is making false representation of himself by lying, Instead of dealing with everything as it occured, Michael S. Black, gas light the situations, turned it around on to me, for his own personal gain or the finanacial gain of others, to my disadvantage. Resulting in me suffering from it.

**WRONGFUL TERMINATION**- The termination breaches one or more of Design Within Reach 230 Clematis Street West Palm Beach,Fl. (561)833-1799, **policy(s).**Michael S. Black, Manager has violated the company termination three procdure policy, **purgeried himself** under oathe with the Florida Reemployment Process, lied to Design WIthin Reach.Enlists, John Haggard to cooberate what he must be aledging despite going on that search to find out to each employee how they liked working with Jamie Starr. When **he fired me** without his company knowledge or permission, gaslighting the situation by turning it on me when he didnt address issues, *then lies about* firing me. I reach out to John Haggard 713-623-3307 Michaels direct manager and I say " I got fired", his reply is " do you want your job back. I say " hell yeah, I want it back" . John Haggard said " write me what occured I will look into it and get back to you". That is exactly what we both did, he went to each employee *under the pretense* that was going to give me my job back.This is pivitol cause it shows tha *act of:*John Haggards "inquiry" to the employees is my proof that I got fired! *Why else go ask all employees about me if I quit* as Michael is alledging. My writing human resources was proof of my conversation with John Haggard. A person that quits doesnt want their job back. **John Haggard intent was to keep me hired.** Only to find out DWR

employees hated me and they were disgruntled workers concerning me which aligns with what I am saying as to why I was treated in this degrading way. Michael was covering up his abuse to me with his boss John Haggard coming in to visit the Showroom in two days. I have time stamped document sooner to three days and I called Christine Zekanovic human resources phoned many times and I have an email I sent her" saying why dont you return my calls" . I was working hard to get my job back that is not a sign of someone who quits. If a company wanted you back they wouldnt make up the three day rule out of thin air. Why lie about firing me? **His inquiry alone establishes proof that he was going to reinstate me. Proof that Michael S. Black is lying and also he created a hostile work envorinment based on his own needs and the needs of his neighbor Karimia Hammich.Karimias actions were of someone financially desperate.**

**THE FIRING SCENERIO:**
Michael said to me" I am mad at Karimia Hammich puppet master,coworker and also Michaels next door neighbor, her former coworker is Michaels husdand Sergio Gelpi for quiting, She was going to make $70,000 and I threw her all this businness,Michale tells me. I said in turn to Michael " **Karimia doesnt really like you and Karima used you for the business, I saw it myself** "....and that is why I got fired. Getting fired for speaking my mind, violates my First Ammendment Right.
 Michael S. Black stood up walked outside called John Haggard on his phone taht I later varified. There conversation was that he had **an issue with Jamie Starrm John tells this this the first time hearing about my firing or about me,** which means he didnt read his email. John says he tells Michael S. Black we will discuss in two days when he visits on 1/9/20. Michael returns from his call, called me over and said, let's go in the back". I said let me grab my phone and Michael repeated three times," why you gonna tape me". Michael S. Black says to me " this isnt working out, I am going to have to ask you to leave.He said" **no one likes you here".** I said "I could care less what anyone thinks of me". He said," well I care I am building a team". I said " well then be a better team leader". I said I was hoping with Karimia gone this would of worked out better for me and with John Haggard coming in I could of spoke to him about what is going on here". Prior to being fired on 1/6/20, I was preparing for hours for a $11,000. home visit for the following morning.

## THE FLOW CHART:

Karimia Hammich coworker--------lives across the hall from Michael, walks home with him daily----------uses Sergio Gelpi Michaels husband ------her former corworker to manipulate Michael so she can advance financilly----------Karimia uses Felicia Tucker to thwart my busine$ $-------Felicia **intentionally** blocks my access to business------she tells Michael I dont know anything-----------Felicia tells Michael things that Karimia feeds her- to keep me at a disadvantage by Karimias manipulation------ Michael needs Felicia to do his work--------- Michael needs Karimia to take care of his dogs-----Karimia orchatres contol to put Jamie Starr in a disadvantage by everyone, including an outsider.

I was treated differently than everybody else. I was isolated, degraded, demeaned, joked about, was denied a telephone, my buisness was held back so that others could finacially advance, Karimia enlisted Felicia Tucker to directly go to Michael to hold me back and ultimately fire me.

## RELIGIOUS DISCRIMINATION-

On a phone call to Michaels best friend Marc, Michael says loudly " of course she is not going to cook, she Jewish, in reference to his Mom and then gets off the phone and asks me if I am Jewish".

Karimia Hammich, a 54 year old Muslim woman says to me" Oh no not another Jewish Person here" Karimia just finished helping what she preceived as a nasty Boca woman, Mrs.Lazarus and then said to me "Not another jewish person here,referring to me. Antisemitism is alive and well. She was offended by this woman although I didnt find her offensive.That is what precipitated her saying" **Not another Jewish person here"**.

 The following day when Michael went to Starbucks. I said to Karimia that hurt my feelings you saying that Jewish comment about me. Michael flew right over to us, he had to be in everything and interjected. Karimia is just joking. I said " she is not that funny ". Saying a bigated remark was another "tool" that Karmia Hammich used to leverage business in her favor. He never addressed the issue with her as a protocol.,Michaels huband who works for the comepetion blacks away, Natuzzi Italia. Karimia uses religion, begins making desperaging remarks about me and uses her access to Sergio and Felicia who in turn accesses Michael who in turn abuses me. Mciahl is the whipping boy to me for Karimia.

**SEXUAL HARRASSMENT-:** On or about 11/30/2019- Michael says "Let me tell you about what my Mother In law said at the Thanksgiving." Michaels father in law says you have a great ass and Michaels Mother in

law replies "no I have a great pussy" and then Michael repeats "I have a great pussy "repeatedly and keeps laughs.
This is a hostile work envorinment that Michael created.How can someone correct anything when he is the cause of the problem

Karimia Hammich pulled me aside and says "havent you noticed the way Michael feels about you wearing dresses". I said "No,oh that is why he keeps talking about me behind my back yet enough in front of me. How I would know unless he says something directly to me to? Creating this constant talk about me, showed my coworkers *"how" not to respect me*, he set the tone and didnt accesss any resolution tools that a corporation would provide him with, he is shooting from the hip, this is over his head. Michael insigated the conflict which escalated into abuse and harrassment against me.
Immediately, I went over to to Michael he was near the chair display wall and I said" I wish YOU would of told me and he responded,"I dont want to see that "thing" when you were lifting the chairs here"...and laughs. In reference to my body part.Michael went to everyone regularly and talked about my dresses. He began this alienation of me, toxic gossiping, desparaging and I was the recipient to his constant degrading and talking about me then denying it, continuing it and gaslighting me for it, when all he had to do come to me directly. I went out and bought a complete new waredrobe of pants and tops and would of never quit after spending all that money.I am not a quiter. I interviewed in a dress. Michael would reply back to me about everyone talking about me," you arent that important".

Michael says" there is a guy in the neighbor that passes by often and he has a huge cock that bulges out of his pants". Coincidentally days later, Kelly Coldbath calls the City of West Palm Beach and complains about a church group setting up in front of Design WIthin Reach Store at Clematis St Showroom. This city guy comes about 1/2 hour later. Michael calls me over and tells me that he is the big cock guy while he is still in the Showroom.Michael said after he left" he has an Adaconda cock".

Michael S. Black would caress his body often in front of me and only me. When he walked past me he would take his right had to his upper chest shoulder and rub his hand down his turso in pride of his weight loss accomplishments.

On my second day, Michael came behind me while I was watching a training video about Charles and Ray Eames and he said" THEY ARE FUCKING FREAKS" and he just laughs.

Michael tells me that in the 80's he was a whore.

**DATE OF INCIDENTS:**
On **12/13/19** -Karima Hammich, Michale S. Black, Sergio Gelpi ( Michaels husband and Karimias former coworker and next door neighbor) they go to Anthonys Coal Pizza 561-473-2567 at 1900 Ochachobee West Palm Beach Fl. Sal the manager invites Michael to a free dinner as a preopening.
**12/14/19**- The following day-Michael S. Black makes an announcement that on this busiet business day, Saturday I am to shadow and watch Karimia.I have already passed her by in sales by dollars. [The level of this job is a 2 easist out of 10, I have sold furniture since I was 21 years old] Karimia "used" her relationship with Sergio to influence Michael , since that was the 'real" relationship that she had. She worked and trained Sergio at Natuzzi Italia (561) 629-5387 701 S. Rosemary Ave. 117 West Palm Beach, Fl. 33401,. Working with Michael was Sergios suggestion along with hiring Robert Rinn who together worked at Scan Design in Boca previously together.Sergio Gelpi behaved like a regional manager from Design within reach even though he worked for the compition Natuzzi Italia.
On 12/21- Sergio sits with us at Brio resturant and asks Robert Rinn did you have an "up", trade reference to opportunity. This was technically a 10 days training, the more money I wrote the less work I was able to do.
Michael said to me Kelly Coldbath that left made a huge mistake So he would be angry at me. I said to him, I am not Kelly and when Karimia left she made a huge mistake as well and he would get aggressive to me like it was my fault. I said to Michael "Karimia wasnt that great you were just blinded by her".
I was "not allowed" to use the telelphones. Feleica Tucker , the assistant told me on many occasions that her and Michael should only answer the phones.That only applied to me.
When Robert Rinn started he had phone access.
Michael told a story that in Miami the Maimi Design Within Reach Showroom, one guy hides all the phones. The phone is of importance in a sales envorinment.

When Kelly Colbath left Michael said we will split all her business by three ,him, myseld and Karimia. I got nothing, the split was just to the two of them. That was the beginning of me doubting him.
He says things and does not do them, things happen adn he doesnt do anything
When I started Felicia said, Karimia will not help you. When Robert Rinn started Karimia sat and helped him.
I studied and leanrned on my own. There is nothing I cannot learn or do, I am self sufficent and have autonomy. I work hard.

**MORE ABOUT MICHAELS BEHAVIOR:**
Michael S. Black tells me a repeaded story "that little kid knocks on the window and Michael knocks back to the child and shakes his finger to the small child for touching the glass window while walking by. The Mother flicks Michael off her middle finger and in turn Michael flicks his middle finger woman back off to her.He is quite company man.This is his behavior

Michael says the insurance cards are coming in the mail. I said "I am not on any medicene and Michael replies "well maybe you should be" and laughs histarically out loud with Richard Rinn. Everything is insulting, degrading, demeaning,humiliating.  He crosses the line only with me.

Michael would give me a blow by blow on daily Trump rant about how much he hated him and how everyone must be an idiot to have voted for him.

Michael has an "obsession with the **REAL REAL.com**, buying and selling broaches, belts and belt buckles, rings and gaudy jewlery became Michels regular conversation. He wold call me over and show me what he was buying or selling then minutes later he would go to his assisant and talk in a nasty way about me. It is demeaning  and degrading to be an intelligent woman and be dragged in on my bosses wierd obsession.
I would ask Michael I like to go over what I learned and he plied go over it with Felicia, I already Felicia was hurting my business. Isaid let me do it with you, he said no.I have emails to Michael saying I studied hard. The harder I worked the worse things got.
Felicia takes away my phone rights says that only her and Michael can answer the phone. she tells me. Felicia sits and IM-instant messages , which I call corporate corruption- Design within Reach did not supply these

computer devices to go after an individual, alienate, degreate and gain finacial access over an individual, abuse company transparency, another form of " mopping",isolating and talking about an employee to disparage my credability on companies device to plot to plot agianst me.
Use your own cell phone if you have to be nasty.
 **There behavior was "MOBBING"-Group bulling, my coworkers targeted me by isolation, humiliation and treating me "differently" and aggressively,towards me in a group effort to malign against me, behind my back create havoc and disorder, abuse and lie that in turn caused me harm.**
Firing me was MIchael S. Blacks way of "protected himself" from his abuse *to me*, neglecting and being unetical in the eyes of the company.When Karimia quit on 12/31/19, it moved me into highest seniority,  Karima and Kelly Coldbath gone I hoping an opportunity and I needed the health insurance.
Alledging,Michael reaches out to Krista Przybylowicz Scan Design "not to hire me" after he fires me,knowing I would apply there since that is where I applied previosly and we spoke about it, Robert and Sergio worked there previously as well.**Michael is harming my chances to work again.**
Michael tells me Kelly Coldbath missed 50% of her work and John Haggard came in to discuss this with her, and she made an effort to change.
 Michael spoke about the prior manager to him being an alcoholic, saying Laura Quinn stole light fixtures and he accused her of stealing something of his. He would reguarly tell stories about Laura Quinn with Felica Tucker adding to defame her. The previous coworkerwas a male prostitute at the Breakers Hotel WPB, Michael says, he only got fired for cocaine use. This is just to explain this companys culture and Michaels no boundaries, inappropriate reprotraire. Being fired after these people is even more insulting.
**I am suffering from PTSD from this job experience.**
In leui of the Coronovirus outbreak,I cannot process Michaels level of pathology **knowingly lying** especially in light of this event Global Pandemic, consequently, putting me in financial harms way and me suffering for the work envorinment and the firing.

# UNITED STATES DISTRICT COURT
## 701 CLEMATIS
## WEST PALM BEACH, FL. 33401
## CLERKS OFFICE: 561-803-3400

JAMIE STARR -PLAINTIFF

V

DESIGN WITHIN REACH- DEFENDANT

**INDEX OF FILING FOR :ENCLOSED :**

1. JS-44 CIVIL COVER SHEET

2. COMPLAINT BY JAMIE STARR -PLAINTIFF- SIGNED DATED 7/20/2020

3. CHARGE OF DISCRIMINATION-510-2020-03224 NOTARIZED

4. AO240- INFORMA PUPERIS APPLICATION -2 PAGES- I AM AWARE THAT I HAVE TO WAIT APPROVAL PRIOR TO SENDING

5. SUMMONS OF CIVIL ACTION -AO440

6. PAGES 1-7 DATED MARCH 30, 2020 DISCRIMINATION COMPLAINT TO EEOC

7. PRO SE 7-EMPLOYMENT DISCRIMINATION

8. CERTIFICATE OF SERVICE

JAMIE STARR V DESIGN WITHIN REACH          INDEX OF FILING 7/21/2020



U.S. POSTAGE
$5.15
FCMF
Orig: 33484
07/20/20
2000051743
R2304M11373A

CPU

UNITED STATES DISTRICT C&
701 CLEMATIS ST.
WEST PALM BEACH, FL
33401

CLERKS OFFICE

CERTIFIED MAIL

STAHL
16 WILLOWBROOK
#103
DELRAY BEACH, FL.
33446